**STATE of Missouri, Respondent,**

v.

**James L. WHEELER, Appellant.**

**No. WD 43493.**

Missouri Court of Appeals, Western District.

Oct. 1, 1991.

K. Louis Caskey, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from conviction for assault in the first degree, § 565.050, RSMo 1986, kidnapping, § 565.110, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, and sentence of 30 years, 15 years, and 30 years to run concurrently.

Judgment affirmed. Rule 30.25(b).